IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PATRICIA STALEY, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 14-00316-CB-N |
| GREEN TREE SERVICING, LLC, | ) | |
| Defendant. | ) | |

**FINAL JUDGMENT**

Pursuant to separate orders entered September 29, 2014 and January 26, 2015:

It is **ORDERED, ADJUDGED** and **DECREED** that the claims of the Plaintiff, Patricia Staley against the Defendant, Green Tree Servicing LLC be **DISMISSED** without prejudice.

With respect to Defendant's counterclaim for rescission, it is **FURTHER ORDERED, ADJUDGED** and **DECREED** that Green Tree Servicing LLC did not consent to, and played no role in the filing of the fraudulent Release of Mortgage and that the Release of Mortgage recorded in the Mobile County Probate Office is **rescinded, null, void and of no effect.** Green Tree is hereby authorized to file this Judgment in the Mobile Count Probate Office.

**DONE** this the 26th day of January, 2015.

s/*Charles R. Butler, Jr.*
**Senior United States District Judge**